# In the United States Court of Federal Claims

* * * * * *

ROBERTA J. BRYAN, *

Plaintiff, * No. 05-734C

v. * Filed: August 1, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant's unopposed motion to stay proceedings is GRANTED. The parties will file a status report no later than August 16. This case converted to the court's Case Management/Electronic Case Files system, CM/ECF, on July 17. The parties are reminded that all future filings must be filed electronically.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge