# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | | |
| ROBERTA J. BRYAN, | * | |
| Plaintiff, | * | No. 05-734C |
| v. | * | Filed: February 8, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | | |

**ORDER**

In its order of August 1, 2006, the court granted defendant's unopposed motion to stay proceedings and directed the parties to file a status report no later than August 16. We have not received a status report to date. The parties are directed to file a status report updating the court on settlement efforts on or before Friday February 16, 2007.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge