**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**ROBERTA J. BRYAN**

**VS.** No. 05-734C

**THE UNITED STATES**

**PLAINTIFF'S MOTION UPON BEHALF OF THE PARTIES FOR LEAVE TO FILE A STATUS REPORT**

Plaintiff respectfully requests the Court grant the parties leave to file a status report regarding implementation of the settlement agreement out-of-time. The Court's February 8, 2007 order directed the parties to file a joint status report on or before February 16, 2007. Defendant's counsel authorized counsel to state that the Defendant joins in this motion.

Counsel for defendant advises counsel that he was not able to read a electronic copy of the Court's February 8, 2007 order, was in trial from February 12-15, 2007, received a hard copy of the Court's order late on February 16, 2006, but did not review the order until February, 19, 2007.

Counsel for plaintiff would state that the parties have reached an out-of-court settlement that is nearly complete. In particular, the Plaintiff has received payment of accrued benefits on or about February 10, 2007. The Department of the Navy advises counsel that Ms, Bryan'=s husband's military records were corrected on February 1, 2007, in accordance with the terms of the settlement agreement, and that the Defense Finance and Accounting Center currently is

process the record correction in accordance with the settlement agreement to provide the payment of an annuity.

For the reason set forth above, plaintiff and defendant respectfully request the Court to grant leave to file this status report; allow the parties an additional ninety (90) days to conclude this matter and enter an Order with this Court; and for any other relief that they may be entitled to.

Respectfully Submitted,

SNIDER & HORNER, PLLC

By: /s/ Kevin A. Snider
Kevin A. Snider (B.P.R. No. 18231)
Attorney for Plaintiff
Corporate Gardens
9056 Stone Walk Place
Germantown, TN 38138
phone: (901) 751-3777
fax: (901) 759-0041