# In the United States Court of Federal Claims

* * * * * *

ROBERTA J. BRYAN, *

Plaintiff, * No. 05-734C

v. * Filed: February 22, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Plaintiff's unopposed motion for leave to file a status report is GRANTED. The parties shall file a status report updating the court on their settlement efforts on or before May 25, 2007.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge