# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * | * | |
| ROBERTA J. BRYAN, | * | |
| Plaintiff, | * | No. 05-734C |
| v. | * | Filed: July 23, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * | * | |

**ORDER**

We directed the parties to file a status report updating the court on their settlement efforts on or before May 25, 2007. We did not receive a status report. On June 12 we directed the parties to file a status report on or before June 21, or we will consider the matter settled and dismiss the Complaint. We still have not heard from the parties. The Clerk of Court will dismiss this case, effective today.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge