# In the United States Court of Federal Claims

**No. 05-734 C**

**ROBERTA J. BRYAN,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed July 23, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**July 23, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.